IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., CITY OF HOPE and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs/ <br> Counterclaim Defendants, <br><br> v. <br><br> CELLTRION, INC., CELLTRION HEALTHCARE, CO. LTD., TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICALS INTERNATIONAL GMBH, <br><br> Defendants/ <br> Counterclaim Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-95 (CFC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [JOINT] STATEMENT IN RESPONSE TO SEPTEMBER 24, 2018 ORDER

Pursuant to the Court's September 24, 2018 order, the parties state that they have no objection to Judge Connolly presiding over this case based upon his prior representation of the plaintiffs in C.A. No. 1:17-cv-509.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Jack B. Blumenfeld* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) <br> Karen Jacobs (#2881) <br> 1201 North Market Street, 16th Floor <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> kjacobs@mnat.com | Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| William F. Lee | Kevin DeJong |
| Lisa J. Pirozzolo | Molly Grammel |
| Emily R. Whelan | GOODWIN PROCTER LLP |
| Kevin S. Prussia | 100 Northern Avenue |
| Andrew J. Danford | Boston, MA 02210 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | (617) 570-1000 |
| 60 State Street | Elizabeth J. Holland |
| Boston, MA 02109 | Robert V. Cerwinski |
| (627) 526-6000 | Cynthia Lambert Hardman |
| | GOODWIN PROCTER LLP |
| Robert J. Gunther Jr. | The New York Times Building |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 620 Eighth Avenue |
| 7 World Trade Center | New York, NY 10018 |
| 250 Greenwich Street | *Attorneys for Defendants and Counterclaim Plaintiffs Celltrion, Inc., Celltrion Healthcare, Co. Ltd., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals International GmbH* |
| New York, NY 10007 | |
| (212) 230-8800 | |

Robert Galvin
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

Daralyn J. Durie
Adam R. Brausa
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666

*Attorneys for Plaintiffs and Counterclaim Defendants*
*Genentech, Inc., City of Hope, and Hoffman-La Roche Inc.*

September 27, 2018

2