IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., CITY OF HOPE, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br><br> v. <br><br> CELLTRION, INC., CELLTRION HEALTHCARE, CO. LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS INTERNATIONAL GMBH, <br><br> Defendants. | Redacted: Public Version <br><br> C.A. No. 18-095-CFC |

**AMENDED LETTER TO THE HONORABLE COLM F. CONNOLLY FROM DAVID M. FRY**

OF COUNSEL:
Elaine Herrmann Blais
Kevin J. DeJong
Molly R. Grammel
Shaobo Zhu
Christopher T. Holding
David J. Zimmer
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(317) 570-1000

Elizabeth J. Holland
Robert V. Cerwinski
Cynthia Lambert Hardman
Linnea P. Cipriano
Jacqueline Genovese
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: November 21, 2018

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com
*Attorneys for Defendants*

**REDACTED IN ITS ENTIRETY**