IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC., CITY OF HOPE, and HOFFMANN-LA ROCHE INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CELLTRION, INC., CELLTRION HEALTHCARE CO., LTD., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICALS INTERNATIONAL GMBH,<br><br>Defendants. | C.A. No. 18-095-CFC (CONSOLIDATED) |

## JOINT STIPULATION OF DISMISSAL

This stipulation is made by and between Plaintiffs Genentech, Inc., City of Hope, and Hoffmann-La Roche Inc. (collectively, "Plaintiffs") and Defendants Celltrion, Inc. Celltrion Healthcare Co., Ltd., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceuticals International GmbH (collectively, "Defendants").

WHEREAS, Plaintiffs and Defendants have asserted various claims and counterclaims in the above-captioned consolidated case; and

WHEREAS, Plaintiffs and Defendants have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned consolidated case without prejudice;

NOW THEREFORE, IT IS HEREBY JOINTLY STIPULATED by Plaintiffs and Defendants that:

1

1.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims,

and demands asserted in the above-captioned consolidated case are hereby dismissed without prejudice;

and

2.      Each party will bear its own attorneys' fees and costs with respect to the above-captioned

consolidated case.

Respectfully submitted,

/s/ Karen Jacobs

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19899
(302) 351-9291
jblumenfeld@mnat.com
kjacobs@mnat.com

OF COUNSEL:

William F. Lee
Lisa J. Pirozzolo
Emily R. Whelan
Kevin S. Prussia
Andrew J. Danford
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(627) 526-6000
william.lee@wilmerhale.com
lisa.pirozzolo@wilmerhale.com
emily.whelan@wilmerhale.com
kevin.prussia@wilmerhale.com
andrew.danford@wilmerhale.com

Robert J. Gunther Jr.
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
robert.gunther@wilmerhale.com

/s/ Karen E. Keller

_____

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Elizabeth J. Holland
Robert V. Cerwinski
Cynthia Lambert Hardman
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Kevin J. DeJong
Molly R. Grammel
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

*Attorneys for Defendants Celltrion, Inc.,
Celltrion Healthcare, Co. Ltd., Teva
Pharmaceuticals USA, Inc., and Teva
Pharmaceuticals International GmbH*

2

Robert Galvin
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000
robert.galvin@wilmerhale.com

Daralyn J. Durie
Adam R. Brausa
DURIE TANGRI LLP
217 Leidesdorff St.
San Francisco, CA 94111
(415) 362-6666
ddurie@durietangri.com
abrausa@durietangri.com

*Attorneys for Plaintiffs Genentech, Inc.,
City of Hope, and Hoffmann-La Roche Inc.*

December 20, 2018


SO ORDERED this 27ᵗʰ day of December 2018.

_____
UNITED STATES DISTRICT JUDGE